UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>Andrea Lynn Russell )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj2313<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

L.E.V.G (minor)

DATED: 8/7/08

JAN M. ADLER    J. PARIS

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____      OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by
   _____
   Deputy Clerk

CLERK'S OFFICE COPY         ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95