UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> *Anthony Lynn Russell* ) <br> ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. _08mj2313_ <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/(Magistrate Judge)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

*K. A. V. G. (a minor)*

DATED: _8/7/08_

**JAN M. ADLER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR    **J. PARIS**
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk