

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2838-JM |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | Title 8, U.S.C., |
| ANDRIA LYNNE RUSSELL, | ) | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 28, 2008, within the Southern District of California, defendant ANDRIA LYNNE RUSSELL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Teresa Garcia-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: Aug 26, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego