UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR2838-JM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** (Docket No. 30) |
| ) | |
| ANDRIA LYNNE RUSSELL, ) | |
| ) | |
| Defendant. ) | |

Upon the joint motion of counsel (Docket No. 30), and for good cause shown, **IT IS HEREBY ORDERED** that the sentencing hearing in this matter, currently set for December 19, 2008, be continued to **January 30, 2009, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED:  December 18, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge